UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, et al., ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:11CV1389 RWS |
| ) | |
| PATRICK STANGLER, ) | |
| ) | |
|     Defendant. ) | |

### MEMORANDUM AND ORDER TO SHOW CAUSE

On October 24, 2011, I set this case for a scheduling conference.  My October 24, 2011 Order Setting Rule 16 Conference required the parties to participate in the preparation of, and submit, a joint proposed scheduling plan for the disposition of this case.  That Order also required the parties to personally appear before me for the conference.  Defendant did not appear for the scheduling conference, nor did he participate in the preparation of the joint proposed scheduling plan.  Defendant is not excused from these requirements merely because he is proceeding pro se.  In fact, I previously warned defendant in my September 23, 2011 Order that he was "required to comply with all local and Federal Rules of Civil Procedure."  He is also required to comply with my Orders, and he has failed to do so.

Accordingly,

**IT IS HEREBY ORDERED** that **defendant shall show cause in writing by December 15, 2011, why entry of default and default judgment should not be entered against him for his failure to comply with my October 24, 2011 Memorandum and Order, to participate in the preparation of the joint proposed scheduling plan, and to appear for the December 1, 2011 scheduling conference.  No extensions of time will be granted.  If plaintiff fails to**

**comply with this Order, entry of default and default judgment will be entered against plaintiff without further notice by this Court.**

      /s/ Rodney W. Sippel
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of December, 2011.

**comply with this Order, entry of default and default judgment will be entered against plaintiff without further notice by this Court.**

*/s/ Rodney W. Sippel*
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of December, 2011.