UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:11CV1389 RWS |
| ) | |
| PATRICK STANGLER, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before me on defendant's motion to continue the scheduling conference that was set for December 1, 2011.  The motion was received by the Court after the scheduled hearing date and will therefore be denied.  Defendant is still required to comply with the Memorandum and Order to Show Cause dated December 1, 2011.  Defendant's "supplemental amendment to his motion for change of venue" is fallacious and does not convince me that my decision to deny the motion for change of venue was in error.  The case will proceed in St. Louis, Missouri.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to continue [#26] is denied.

**Defendant is still required to comply with the Memorandum and Order to Show Cause dated December 1, 2011.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of December, 2011.